## Harold Kern et al., Appellees, v. Earl Howard, Appellant.

### Gen. No. 9,877.

opinion filed July 8, 1943. Sears, O'Brien & Streit and William G. Peacock, for appellant; Barnabas F. Sears, William G. Peacock and Ralph C. Putnam, Jr., of counsel; Young, Root & Monson, for appellees; David F. Root, of counsel. PER CURIAM. Not to be published in full.